UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-5265-CAS(AGRx) | | Date | March 2, 2016 |
|---|---|---|---|---|
| Title | *GEORGE WEJBE; ET AL. v. UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

On February 19, 2016, plaintiffs filed an Application for Entry of Default Against Defendant United States Department of Agriculture, Forest Service[11], in response to this Court's Order to Show Cause issued February 16, 2016. On February 29, 2016, the Court issued the Notice of Deficiency Default/Default Judgment[12], and hereby extends the Order to Show Cause as follows,

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **March 17, 2016**, why this action should not be dismissed for lack of prosecution as to defendant UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

• A corrected Proof of Service on Summons and Complaint

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | CMJ |